UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 1:05:CR:143

v.

                       HON. GORDON J. QUIST

JOHNNY LEE HALL,

        Defendant.

_____/

## ORDER

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.      The Report and Recommendation of the Magistrate Judge filed September 2, 2005, is approved and adopted as the Opinion and Findings of this Court.

        2.      Defendant Johnny Lee Hall's plea of guilty to Counts One and Two of the Superseding Information is accepted.  Defendant Johnny Lee Hall is adjudicated guilty.

        3.      Defendant Johnny Lee Hall shall be detained pending sentencing.

        4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report.  See U.S.S.G. Ch. 6.

Dated:  October 5, 2005                      _____/s/ Gordon J. Quist_____
                                            GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE